IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PALMETTO RESIDENCE CONDOMINIUM
ASSOCIATION, INC.                                      CASE NO.
            Plaintiff,

vs.

PHILADELPHIA INDEMNITY INSURANCE
COMPANY

            Defendant.

_____/

```
FILED by _AJS_ D.C.

APR 0 2 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI
```

## NOTICE OF REMOVAL

Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("Philadelphia"), pursuant to 28 U.S.C. §1441(a), removes that certain cause of action now pending in the Circuit Court of the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County, styled *Palmetto Residence Condominium Association, Inc. v. Philadelphia Indemnity Insurance Company,* Case No. 10-11781 CA 31 ("State Court Action"), wherein Plaintiff demands relief against Philadelphia, stating as follows:

1.      On or about March 19, 2010, Plaintiff served an action against Philadelphia with regard to the first-party property insurance claim by Plaintiff, Palmetto Residence Condominium Association, Inc. ("Palmetto").  Plaintiff filed this State Court Action in the Circuit Court of the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County, Florida.  Therefore, venue in this Court is proper because Plaintiff's State Court Action is pending in that court which is within the Miami Division of the United States District Court for the Southern District of Florida.  A copy of Plaintiff's Amended Complaint is attached within Composite Exhibit A (copies all pleadings in the State Court Action), attached hereto.

2.      Jurisdiction is proper in this Court. This case is removable, pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332 because the parties are completely diverse and the amount in controversy exceeds $75,000.00.

**COMPLETE DIVERSITY EXISTS**

3.      On information and belief, at the time this Action was filed, at the present time, and at all times material to this Action, Plaintiff is a Florida corporation, principally located in Miami-Dade County, Florida. *See* Declaration of Eugene P. Murphy in Support of Notice of Removal ("Murphy Declaration") ¶ 3. The Murphy Declaration is filed contemporaneously with this Notice. Exhibit B

4.      Philadelphia is not a citizen of Florida. It is not incorporated in Florida and does not have its principal place of business in this State. At all times material to this Action (including the present), Philadelphia has been incorporated in and has been a citizen of the Commonwealth of Pennsylvania and has had its principal place of business located in Bala Cynwyd, Pennsylvania. *See* Murphy Declaration ¶ 3. At all times material to this action, Philadelphia has been a foreign corporation doing business in Florida. *See* Murphy Declaration ¶ 3. At no time material to this action have Philadelphia and Plaintiff been residents or citizens of the same state. *See* Murphy Declaration ¶ 3.

**AMOUNT IN CONTROVERSY EXCEEDS $75,000**

5.      The Plaintiff alleges that the subject property sustained a covered loss as a result of water damage and that the Defendant denied coverage for Plaintiff's claim. Plaintiff further alleges that it has suffered "damages resulting from Insurance Company's breach of the Policy in the liquidated amount of $339,960.18." See Amended Comp. ¶ 4. Accordingly, the amount in controversy exceed $75,000.00, exclusive of interests and costs.

## ALL PROCEDURAL REQUIREMENTS HAVE BEEN MET

6.     Copies of all process, pleadings, and orders served on Philadelphia, and such other papers that are exhibits as required by 28 U.S.C. § 1446(a), and the Local Rules of this Court, are filed herein.  Exhibit A.

7.     On information or belief, there was an original Complaint filed in the State Court Action (prior to the Amended Complaint contained within Exhibit A), but this original Complaint was not served upon Philadelphia. (*See* Exhibit A, Letter dated March 1, 2010, by the office of the Chief Financial Officer of Florida stating that the process submitted by Palmetto was not served due to an apparent mis-designation of the defendant).  Because the original Complaint was not served upon Philadelphia, it is not required to accompany this Notice under 28 U.S.C. § 1446(a).  Nevertheless, Philadelphia has endeavored to obtain the entire State Court file to provide to this Court; however, a courier sent by us was informed by personnel in the office of the Clerk of the State Court that such documents were not available to be accessed at this time due to administrative delays in preparing the Court file.  A copy of the on-line docket of the State Court Action is included within Exhibit A.

8.     This Notice is filed this 1st day of April, 2010, within thirty (30) days of receipt of process on March 17, 2010 by the Chief Financial Officer of the State of Florida, who effected service of process upon Philadelphia by forwarding same to Philadelphia on March 19, 2010.

9.     Pursuant to 28 U.S.C. § 1446(d), Philadelphia has provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

WHEREFORE, PHILADELPHIA INDEMNITY INSURANCE COMPANY, prays that this Court exercise jurisdiction over this matter.

3

Respectfully Submitted,

ROBINSON & COLE LLP

_____

Eugene P. Murphy (638501)
emurphy@rc.com
Rebecca Levy-Sachs (596124)
rlevy-sachs@rc.com
1343 Main Street – Suite 400
Sarasota, FL  34236-5635
Tel.: 941/906-6850; Fax:  941/906-6851
*Attorneys for Defendant*
*Philadelphia Indemnity Insurance Company*

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished by First Class Mail on this 1st day of April,

2010, as follows:

Alian M. Perez, Esq.
Joan Montesano, Esq.
Montesano & Perez, P.L.
Ocean Bank Building
782 N.W. Le Jeune Road – Suite 628
Miami, FL 33126
Tel.: 786-528-5288 / Fax: 786-362-7171

Rebecca Levy-Sachs

# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
03/19/2010
CT Log Number 516334006

**TO:** Ariel Pennick, Admin Asst - Legal, Comp & Reg Affairs
Philadelphia Insurance Company
One Bala Plaza, Suite 402
Bala Cynwyd, PA 19004-

**RE:** **Process Served in Florida**

**FOR:** Philadelphia Indemnity Insurance Company (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Palmetto Residence Condominium Association, Inc., Pltf. vs. Philadelphia Indemnity Insurance Company, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summons, Amended Complaint, Attachment(s) |
| **COURT/AGENCY:** | Miami-Dade County Circuit Court, FL<br>Case # 10-11781 CA 31 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed for property damage as a result of water damage |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Electronic Receipt on 03/19/2010 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Allan M. Perez<br>Montesano & Perez, P.L.<br>Ocean Bank Building<br>782 N.W. LeJeune Road<br>Suite 628<br>Miami, FL 33126<br>786-518-5288 |
| **REMARKS:** | Process received by Chief Financial Officer on 03/17/10, and forwarded to C T Corporation System by electronic delivery on 03/19/10. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/19/2010, Expected Purge Date: 03/24/2010<br>Image SOP<br>Email Notification, Danielle Porath dporath@phlyins.com<br>Email Notification, Ariel Pennick apennick@phlyins.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Donna Moch<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>954-473-5503 |

Page 1 of 1 / MC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services



10-16217

PALMETTO RESIDENCE CONDOMINIUM
ASSOCIATION INC.,

PLAINTIFF(S),

VS.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

DEFENDANT(S).
_____/
SUMMONS, AMENDED COMPLAINT,

CASE #:    10-11781 CA 31
COURT:    CIRCUIT COURT
COUNTY: MIAMI-DADE
DFS-SOP#: 10-16217

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial
Officer of the State of Florida.  Said process was received in my office by MAIL on the 17th day
of March, 2010 and a copy was forwarded by Electronic Delivery on the 19th day of March,
2010 to the designated agent for the named entity as shown below.

PHILADELPHIA INDEMNITY INSURANCE COMPANY
DONNA MOCH   (CLS-SOPPLATeam@wolterskluwer.com)
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any
subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

*Alex Sink*

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

ALIAN M. PEREZ, ESQ.
SUITE 201
2330 PONCE DE LEON BLVD.
CORAL GABLES FL 33134

JGJ

| X IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. Q |||
|---|---|---|
| **DIVISION** X CIVIL Q OTHER | **SUMMONS** | **CASE NUMBER** 10 - 11781 CA 31 |
| **PLAINTIFF(S)** PALMETTO RESIDENCE CONDOMINIUM ASSOCIATION INC., | **DEFENDANT (s)** PHILADELPHIA INDEMNITY INSURANCE COMPANY, | **CLOCK IN** |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

You **ARE COMMANDED** to serve this summons and a copy of the **Complaint** in this action on defendant:

### PHILADELPHIA INDEMNITY INSURANCE COMPANY
### BY AND THROUGH THE FLORIDA DEPARTMENT OF FINANCIAL SERVICES
### 200 E. GAINES STREET
### TALLAHASSEE, FLORIDA 32399-4201

Defendant is required to serve answer and written defenses to the Complaint on Plaintiff's Attorney: Montesano & Perez, P.L., whose address is 782 N.W. Le Jeune Road, Suite 628, Miami, Florida 33126, Telephone No.: 786-528-5288, Fax No.: 786-362-7171, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

| | CHRISTINA REGUEYRA | DATE |
|---|---|---|
| **CLERK OF COURTS** | BY_____ DEPUTY CLERK | MAR 1 1 2010 |

AMERICANS WITH DISABILITIES ACT OF 1990
IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE ASA COORDINATOR, NO LATER THAN 7 DAYS PRIOR TO THE PROCEEDINGS AT 305/375-2006 (VOICE) OR 305/375-2007 (TDD)

COURT SEAL



PALMETTO RESIDENCE
CONDOMINIUM ASSOCIATION, INC.

       Plaintiff,

v.

PHILADELPHIA INDEMNITY
INSURANCE COMPANY, a foreign
corporation,

       Defendant.

_____/

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL   CIRCUIT   IN   AND   FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 10-11781 CA 31

### AMENDED COMPLAINT

Plaintiff, PALMETTO RESIDENCE CONDOMINIUM ASSOCIATION, INC., (the "Insured"), hereby sues Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, (the "Insurance Company"), and in support thereof alleges as follows:

### PARTIES, JURISDICTION & VENUE

1.    This is an action for damages that exceed Fifteen Thousand Dollars ($15,000) exclusive of interest, costs and fees.

2.    The Insured is an individual who at all times material hereto has resided in Miami-Dade County, Florida.

3.    The Insurance Company is a foreign corporation qualified to do business in Florida and has at all times material hereto been conducting business in Miami-Dade County, Florida.

4.    Venue is proper in Miami-Dade County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Miami-Dade County, Florida.

5.    Venue is proper in Miami-Dade County, Florida because the property, which forms the subject matter of this lawsuit, is located in Miami-Dade County, Florida.

6.     All conditions precedents to the filing of this lawsuit have occurred have been waived or have been performed.

## GENERAL ALLEGATIONS

7.     At all times material hereto, in consideration of a premium paid by the Insured, there was in full force and effect a certain homeowners insurance policy issued by the Insurance Company with a policy number of PHPK349909 (the "Policy"). The Insured after diligent search and expending all efforts to locate a copy of the Policy has not been able to do so. The Policy is in the sole and exclusive possession of the Insurance Company. Moreover, the Insurance Company must have a copy of said Policy in its possession; as such, the Insured will file a copy of the Policy after same is provided by the Insurance Company through discovery.

8.     Accordingly, under the terms of the Policy, the Insurance Company agreed to provide insurance coverage to the Insured's property against certain losses. The damaged property is located at 6075 W. 20th Avenue Hialeah, Florida 33014 ("Property").

9.     On or about September 26, 2009, while the Policy was in full force and effect, the Property sustained a covered loss as a result of water damage (the "Loss").

10.     The Insurance Company acknowledged coverage for the Loss, assigned claim number PHIC09100426007 to the Loss and assigned an insurance adjuster to attend the Loss.

11.     Consequently, the Insurance Company denied coverage for the Insured's claim.

12.     The Insurance Company's duty to provide coverage for a coverable loss is a condition precedent for the Insured to receive the insurance's benefits that the Insured is entitled to receive under the terms of the Policy.

13.     As of the date of the filing of this lawsuit, the Insurance Company has already

2

denied coverage for the Insured's Loss.

14.     The Insured has suffered and continues to suffer damages resulting from Insurance Company's breach of the Policy in the liquidated amount of $339,960.18

15.     The Insured has been obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorneys' fee pursuant to Florida Statute Section 627.428.

## COUNT I
## BREACH OF CONTRACT

The Insured realleges and reincorporates paragraphs 1 through 15 as if fully set forth herein.

16.     It is undisputed that the Insured and the Insurance Company entered into a written contract, the Policy, wherein the Insured agreed to pay a premium and the Insurance Company agreed to insure the Insured's Property.

17.     The Insured has paid all premiums due and owing as contemplated by the Policy; thus, fully performing his obligations under the Policy.

18.     Further, at all times material hereto, the Insured has satisfied all post loss obligations accorded in the Policy, including but not limited to: (i) protecting the Property from further loss; (ii) making reasonable and necessary repairs to protect the Property; and (iii) keeping an accurate record of the repairs expenses. Accordingly, the Insured has made diligent effort to complete reasonable repairs to the Property and has mitigated the damages sustained.

19.     In contrast, the Insurance Company has failed to: (i) comply with the Policy's appraisal clause; (ii) acknowledge that payment would be forthcoming; and/or (iii) make any payment of insurance proceeds to the Insured. As a result of the foregoing, the Insurance

3

Company has breached the Policy.

20.     As a direct and proximate result of the Insurance Company's breach of the Policy, the Insured has suffered and continues to suffer damages in the liquidated amount of $339,960.18

WHEREFORE, the Insured respectfully requests that this Court enter judgment against the Insurance Company for damages and demands the appraisal process to determine the correct amount of the Loss, plus interest, court costs and reasonable attorneys' fees pursuant to Section 627.428, Florida Statutes, and demands a trial by jury on all issues so triable.

Dated this _10th_ day of March 2010.

**MONTESANO & PEREZ, P. L.**
Counsel for the Insured.
Ocean Bank Building
782 N.W. Le Jeune Road
Suite 628
Miami, Florida 33126
Telephone No. (786) 528-5288
Facsimile No.  (786) 362-7171

By: _____
    Alian M. Perez, Esq.
    Florida Bar No. 36340
    Joan Montesano, Esq.
    Florida Bar No. 41673

4

**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services



10-12215

03/01/2010

ALIAN M. PEREZ
SUITE 628
782 N.W. LE JEUNE ROAD
MIAMI FL 33126

CASE NO.:        10-11781 CA 31
COUNTY:          MIAMI-DADE
COURT:           CIRCUIT COURT
DFS-SOP NO.:     10-12215
PLAINTIFF:       PALMETTO RESIDENCE CONDOMINIUM
ASSOCIATION, INC.
DEFENDANT:

The above mentioned process has not been accepted or served. We are returning the Summons only for the above mentioned process. Please make the necessary corrections and return the ENTIRE PROCESS (Summons, Complaint, Discovery, Exhibits, ETC.) and the appropriate copies to Service of Process for acceptance and service.

The Insurance Company designated as the defendant on the Command/Serve Line of YOUR Summons is Philadelphia Insurance Companies . We are NOT the Registered Agent for the Insurance Company as stated on the Command /Serve Line.

The name of the designated Insurance Company does not appear to be the accurate name of an insurer as listed with the Department of Financial Services. Please check the declaration page of the insurance policy to verify the name of the insurer. After corrections have been made, please have the process validated by the Clerk of the Court before returning to our office for acceptance and service.

When you return the process, please make sure you have the following copies or your process may be delayed. The original-validated summons, one copy of the summons, one copy of the complaint, one copies of any discovery and/or documents you wish served upon the insurance company.

Your check in the amount of $15.00 for the service fee is attached. Please attach the check to the process being returned to our office for acceptance and service.

Contact our office for further assistance.

Sincerely yours,

Jane Wesselman, C.P.M.
Staff Assistant
Service of Process
Telephone 850-413-4290

RECEIVED
MAR 0 3 2010
BY:_____

Enc. Check 1692 in the amount of $15.00 made payable to Florida Department of Financial Services



0 Item(s) In Basket

Home   Online Services   About us   Contact us

# Harvey Ruvin
## CLERK *of the* COURTS
MIAMI-DADE COUNTY, FLORIDA

# Civil / Probate Justice System - Docket Information

<u>BACK TO SEARCH RESULTS</u>          <u>ALL PARTIES</u>          <u>START A NEW SEARCH</u>

**PALMETTO RESIDENCE CONDO ASSN INC vs PHILADELPHIA INDEMINITY INS CO**

\* Click on BOOK/PAGE of a particular docket to see the image if it is available \*

| Case Number (LOCAL): | 2010-11781-CA-01 | Dockets Retrieved: | 5 | Filing Date: | 02/22/2010 |

| Case Number (STATE): | 13-2010-CA-011781-0000-01 | Judicial Section: | 31 |

| Date | Book/Page | Docket Entry | Comments |
|------|-----------|--------------|----------|
| 03/11/2010 | | AMENDED COMPLAINT | |
| 02/22/2010 | | CIVIL COVER | |
| 02/22/2010 | | COMPLAINT | |
| 02/22/2010 | | DEMAND FOR JURY TRIAL | |
| 02/22/2010 | | SUMMONS ISSUED | DN01 |

<u>BACK TO SEARCH RESULTS</u>          <u>ALL PARTIES</u>          <u>START A NEW SEARCH</u>

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

PALMETTO RESIDENCE CONDOMINIUM
ASSOCIATION, INC.                                CASE NO. 10 – 11781 CA 31
     Plaintiff,

vs.

PHILADELPHIA INDEMNITY INSURANCE
COMPANY

     Defendant.
_____/

## NOTICE OF REMOVAL TO OPPOSING COUNSEL

TO:    Alian M. Perez, Esq.
       Joan Montesano, Esq.
       Montesano & Perez, P.L.
       Ocean Bank Building
       782 N.W. Le Jeune Road – Suite 628
       Miami, FL  33126
       Tel.: 786-528-5288 / Fax: 786-362-7171

**YOU ARE HEREBY NOTIFIED** that on this 1st day of April, 2010, Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, in the above-styled action filed in the Office of the Clerk of the Circuit Court in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, its Notice of Removal to the United States District Court for the Southern District of Florida, Miami Division. **A copy of the Notice is attached hereto.** The removal of the above- styled action to the United States District Court for the Southern District of Florida has been effectuated hereby.

10293332-v1

Please serve the undersigned with copies of all pleadings that may be filed by you in the United States District Court for the Southern District of Florida, pursuant to the removal of this cause and in accordance with the Federal Rules of Civil Procedure.

Respectfully Submitted,

ROBINSON & COLE LLP

Eugene P. Murphy (638501)
emurphy@rc.com
Rebecca Levy-Sachs (596124)
rsachs@rc.com
1343 Main Street – Suite 400
Sarasota, FL  34236-5635
Tel.: 941-906-6850 / Fax:  941-906-6851
*Attorneys for Defendant*
*Philadelphia Indemnity Insurance Company*

STATE OF FLORIDA
SS:
COUNTY OF SARASOTA

BEFORE ME, the undersigned authority, this day personally appeared Rebecca Levy-Sachs, Esquire, who, being by me first duly sworn, deposes and says:

1.      I am an attorney for the Defendant herein.

2.      On the 1st day of April, 2010, I enclosed a copy of the Notice of Removal, together with the copy of the foregoing Notice, in an envelope addressed to the opposing attorney. Said envelope was duly sealed, stamped and as so addressed was deposited in the United States Mail at Sarasota, Florida, for transmission to the same address on the above-stated date.

The foregoing was sworn to and acknowledged before me this 1st day of April, 2010, by Rebecca Levy-Sachs, who is personally known to me.

_____
Rebecca Levy-Sachs

Subscribed and sworn to this
1st   day of April , 2010
before me

_____
Commissioner of the Superior Court
Notary Public
My commission expires   08/10/2013

- 3 -

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished by First Class Mail on this 1st day of April,

2010, as follows:

Alian M. Perez, Esq.
Joan Montesano, Esq.
Montesano & Perez, P.L.
Ocean Bank Building
782 N.W. Le Jeune Road – Suite 628
Miami, FL  33126
Tel.: 786-528-5288 /  Fax: 786-362-7171

Rebecca Levy-Sachs (596124)

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

PALMETTO RESIDENCE CONDOMINIUM
ASSOCIATION, INC.                         CASE NO. 10 – 11781 CA 31
         Plaintiff,

vs.

PHILADELPHIA INDEMNITY INSURANCE
COMPANY

         Defendant.
_____/

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE   TAKE   NOTICE   that   Defendant,   PHILADELPHIA   INDEMNITY
INSURANCE COMPANY,   in the above-styled action has, on this date, filed its Notice of
Removal, a copy of which is attached hereto, in the office of the Clerk of the United States
District Court, Southern District of Florida, Miami Division.

Respectfully Submitted,

ROBINSON & COLE LLP

Eugene P. Murphy (638501)
Rebecca Levy-Sachs (596124)
emurphy@rc.com
rsachs@rc.com
1343 Main Street – Suite 400
Sarasota, FL  34236-5635
Tel.: 941-906-6850 / Fax:  941-906-6851
*Attorneys for Defendant*
*Philadelphia Indemnity Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished by First Class Mail on this 1st day of April,

2010, as follows:

Alian M. Perez, Esq.
Joan Montesano, Esq.
Montesano & Perez, P.L.
Ocean Bank Building
782 N.W. Le Jeune Road – Suite 628
Miami, FL  33126
Tel.: 786-528-5288 / Fax: 786-362-7171

Rebecca Levy-Sachs (596124)

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

PALMETTO RESIDENCE CONDOMINIUM
ASSOCIATION, INC.                          CASE NO. 10 – 11781 CA 31
      Plaintiff,

vs.

PHILADELPHIA INDEMNITY INSURANCE
COMPANY

      Defendant.

_____/

## CERTIFICATION OF NOTICE OF REMOVAL

TO:    Clerk, Eleventh Judicial Circuit
       Miami-Dade County Courthouse
       73 West Flagler Street, Suite # 242
       Miami, Florida 33130

You will please take notice that on April 1, 2010 the Defendant, PHILADELPHIA

INDEMNITY INSURANCE COMPANY ("Philadelphia"), filed with the Clerk of the United

States District Court for the Southern District of Florida, Miami Division, Wilkie D. Ferguson,

Jr. United States Courthouse, 400 North Miami Avenue, 8th floor, Miami, FL 33128, a Notice

Of Removal pursuant to 28 U.S.C. § 1441-1452. A copy of the Notice of Removal is attached

hereto.

Hartford respectfully requests that this Court proceed no further with this action, unless

this action is remanded to State Court. Absent entry of a remand order by the United States

District Court for the Southern District of Florida, Miami Division, this Court is divested of

jurisdiction in this case and is thereby requested to stay all further proceedings in accordance

with 28 U.S.C. §1446(d).

10242512-v1

Specifically, this Court is presently without power or authority to enter any orders, conduct any hearings, or take any other action with respect to this litigation.

You are further hereby notified that this Certification of Notice of Removal incorporates by reference all of the requirements of 28 U.S.C. § 1446.

Dated:  April 1, 2010.

Respectfully Submitted,

ROBINSON & COLE LLP

Eugene P. Murphy (638501)
emurphy@rc.com
Rebecca Levy-Sachs (596124)
rsachs@rc.com
1343 Main Street – Suite 400
Sarasota, FL  34236-5635
Tel.: 941/906-6850; Fax:  941/906-6851
*Attorneys for Defendant*
*Philadelphia Indemnity Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy hereof has been furnished by First Class Mail on this 1st day of April,

2010, as follows:

Alian M. Perez, Esq.
Joan Montesano, Esq.
Montesano & Perez, P.L.
Ocean Bank Building
782 N.W. Le Jeune Road – Suite 628
Miami, FL  33126
Tel.: 786-528-5288 / Fax: 786-362-7171

Rebecca Levy-Sachs (596124)

3